IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GAIL J. GALLOWAY,** | : | CIVIL ACTION NO. 1:18-CV-661 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **KATHLEEN KANE,** *et al.*, | : | |
| | : | |
| Defendants | : | |

# ORDER

AND NOW, this 8th day of January, 2020, upon consideration of the report (Doc. 34) of Magistrate Judge Martin C. Carlson, recommending that the court grant defendants' motion (Doc. 27) for summary judgment as to all remaining claims by *pro se* plaintiff Gail J. Galloway ("Galloway"), and the court noting that Galloway filed objections (Doc. 35) to the report, see FED. R. CIV. P. 72(b)(2), and following *de novo* review of the contested portions of the report, see E.E.O.C. v. City of Long Branch, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)), and affording "reasoned consideration" to any uncontested portion, see id. (quoting Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987)), the court finding Judge Carlson's analysis to be thorough, well-reasoned, and fully supported by the record, and further finding Galloway's objections (Doc. 35) to be without merit and squarely and correctly addressed by the report, it is hereby ORDERED that:

1. The report (Doc. 34) of Magistrate Judge Carlson is ADOPTED.

2. Defendants' motion (Doc. 27) for summary judgment is GRANTED.

3. The Clerk of Court is directed to enter judgment in favor of defendants and against Galloway on all remaining counts of Galloway's complaint. (Doc. 1).

4. The Clerk of Court is directed to thereafter close this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania